JACQUELYN S. LELEU, ESQ.
Nevada State Bar No. 7675
McDONALD CARANO WILSON LLP
2300 W. Sahara Ave., Suite 1000
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
jleleu@mcdonaldcarano.com

ROBERT D. WICK, ESQ.
(admitted *pro hac vice*)
ANDREW SOUKUP, ESQ.
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
rwick@cov.com
asoukup@cov.com

*Attorneys for GE Money Bank*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD GILES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GE MONEY BANK,<br><br>Defendant. | Case No.: 2:11-cv-00434-JCM-LRL<br><br>**DEFENDANT GE MONEY BANK'S UNOPPOSED MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY BRIEF AND FOR LEAVE TO FILE REPLY BRIEF CONTAINING EXCESS PAGES**<br>**(FIRST REQUEST)** |

Defendant GE Money Bank ("GEMB") respectfully moves for an order (1) giving it two additional days, until September 9, 2011, to file a reply brief in further support of its arbitration motion, and (2) authorizing it to file a reply brief not to exceed 30 pages. In support of this unopposed motion, GEMB states as follows:

1. On June 16, 2011, this Court entered an order requiring GEMB to file its reply brief in further support of its motion to compel arbitration on September 7, 2011.

2. GEMB requests a short two-day extension to file its reply in this matter, making its reply due on September 9, 2011.

3. This is the first request for an extension GEMB has submitted related to this motion. The requested extension will not affect any other deadlines.

4. In addition, Local Rule 7-4 limits all reply memoranda to 20 pages, unless otherwise ordered by the Court.

5. Plaintiff's lengthy response included numerous small-print footnotes and raised a large number of arguments not addressed in GEMB's opening memorandum. In order to prepare a reply that is helpful to the Court and fully responsive to the issues raised in Plaintiff's response, GEMB requests leave to file a reply brief that does not exceed 30 pages. GEMB will endeavor to make the reply as short and concise as possible while still providing the Court with an appropriate discussion of the issues.

6. Plaintiff's counsel do not oppose either request.

7. This motion is made in the interests of justice and not to unduly delay these proceedings.

Wherefore GEMB respectfully requests that this Court grant its unopposed motion.

///

///

///

///

///

///

1  DATED this 31st day of August, 2011.

2

3                                          McDONALD CARANO WILSON LLP

4                                          By: /s/ Jacquelyn S. Leleu
                                           JACQUELYN S. LELEU, ESQ.
5                                          Nevada State Bar No. 7675
                                           2300 W. Sahara Ave., Suite 1000
6                                          Las Vegas, Nevada 89102

7                                          ROBERT D. WICK, ESQ.
                                           (admitted *pro hac vice*)
8                                          ANDREW SOUKUP, ESQ.
9                                          (admitted *pro hac vice*)
                                           COVINGTON & BURLING LLP
10                                         1201 Pennsylvania Avenue, NW
                                           Washington, DC 20004
11

12                                         *Attorneys for GE Money Bank*

13

14  IT IS SO ORDERED:

15

16          C.W. Hoffman, Jr.
    UNITED STATES MAGISRATE JUDGE
17
    DATED:  September 2, 2011
18

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on this 31st day of August, 2011 I served a true and correct copy of DEFENDANT GE MONEY BANK'S UNOPPOSED MOTION REQUESTING EXTENSION OF TIME TO FILE REPLY BRIEF AND FOR LEAVE TO FILE REPLY BRIEF CONTAINING EXCESS PAGES via the U.S. District Court's Notice of Electronic Filing ("NEF") and/or first-class mail, postage prepaid in the above-captioned case, upon the following:

Richard Harris
Kerry Earley
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101

Allen Carney
Randall K. Pulliam
CARNEY WILLIAMS BATES BOZEMAN
& PULLIAM, PLLC
1131 Arcade Drive, Suite 200
Little Rock, Arkansas 72212

Wendy R. Fleishman
Rachel Geman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013

Michael W. Sobol
Allison Elgart
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

Richard M. Golomb
Ruben Honik
Kenneth J. Grunfeld
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102

*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　/s/ Katie Greenwell
　　　　　　　　　　　　　　　　　An Employee of McDonald Carano Wilson LLP